21533.   DUKE *v.* THE STATE.

LUKE, J.   The defendant's conviction in this case was entirely dependent upon circumstantial evidence, and the evidence did not meet the legal requirements.   Therefore the judgment overruling the motion for a new trial was error.

*Judgment reversed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JULY 14, 1931.

*Porter & Mebane,* for plaintiff in error.
*Lamar Camp, solicitor,* contra.